NO. 07-06-0121-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JULY 20, 2006

______________________________

MIGUEL JAIME TORREZ, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE 31
st
 DISTRICT COURT OF LIPSCOMB COUNTY;

NO. 1105; HON. STEVEN RAY EMMERT, PRESIDING

_______________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

MEMORANDUM OPINION
 

Pending before this Court is appellant’s motion to dismiss his appeal.  Appellant and his attorney both have signed the document stating that appellant withdraws his appeal.  T
EX
. R. A
PP
. P. 42.2(a).  No decision of this Court having been delivered to date, we grant the motion.  Accordingly, the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell

Justice

Do not publish.